IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| **Plaintiff,** | ) ) | Civil Action No.: 21-cv-00652-GLR |
| v. | ) ) | |
| KOERNER MANAGEMENT GROUP, INC. d/b/a IHOP | ) ) ) ) | |
| **Defendant.** | | |

### MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Plaintiff the U.S. Equal Employment Opportunity Commission ("EEOC") filed this action under Title VII of the Civil Rights Act of 1964, alleging that Defendant Koerner Management Group, Inc. ("KMG") subjected female employees to unlawful harassment because of their sex. *See* ECF No. 1. EEOC seeks leave to file its First Amended Complaint pursuant to FRCP 15(a)(2) to assert additional allegations concerning: 1) Defendant's status as the Title VII employer of the aggrieved individuals subjected to the alleged harassment; and 2) the total number of persons employed by Defendant for purposes of determining the applicable compensatory and punitive damages cap under 42 USC § 1981(a). In support of its Motion, EEOC states:

1. This Motion is timely made prior to the scheduling order's September 6, 2021 deadline for seeking amendment of the pleadings.

2. EEOC sought but did not obtain Defendant's consent to the amendment.

3. Further grounds for this Motion are set forth in the accompanying Memorandum.

Dated: September 2, 2021

Respectfully,

<u>/s/ Thomas D. Rethage</u>
Thomas Rethage
Trial Attorney, U.S. EEOC
Philadelphia District Office
801 Market St, Suite 1000 Phila.PA 19107
Phone: (267) 589-9756
thomas.rethage@eeoc.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No.: 21-cv-00652-GLR |
| v. | ) ) | |
| KOERNER MANAGEMENT GROUP, INC. d/b/a IHOP | ) ) ) ) | |
| Defendant. | | |

### CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2021, I filed a true and correct copy of EEOC's foregoing Motion for Leave to File First Amended Complaint with Memorandum and Exhibits via the Court's ECF system, which caused a copy to be served on:

K. Nichole Nesbitt
knn@gdldlaw.com
Jessica J. Ayd
jayd@gdldlaw.com
Goodell, DeVries, Leech & Dann, LLP
Attorneys for Defendant Koerner Management Group, Inc

I also caused a paper copy of the filed documents to be mailed to the Court per Local Rule 105.

/s/ Thomas D. Rethage
Thomas Rethage
Trial Attorney, U.S. EEOC
Philadelphia District Office
801 Market St, Suite 1000 Phila.PA 19107
Phone: (267) 589-9756
thomas.rethage@eeoc.gov