IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | ) ) ) | |
| **Plaintiff,** | ) ) | Civil Action No.: 21-cv-00652-GLR |
| v. | ) ) | |
| **KOERNER MANAGEMENT GROUP, INC. d/b/a IHOP** | ) ) ) ) | |
| **Defendant.** | | |

**NOTICE OF WITHDRAWAL OF MOTION TO
COMPEL DISCOVERY RESPONSES FROM DEFENDANT**

Plaintiff the U.S. Equal Employment Opportunity Commission ("EEOC") filed this action under Title VII of the Civil Rights Act of 1964, alleging that Defendant Koerner Management Group, Inc. ("KMG") subjected female employees to unlawful harassment because of their sex.  *See* ECF No. 1.  EEOC moved this Court for an Order compelling Defendant to serve responses to EEOC's discovery requests and holding Defendant waived any objections to such requests for failure to timely assert them (*See* ECF No. 20 – the "Motion").  EEOC now withdraws its Motion, without prejudice, as described below:

1. On July 13, 2021, EEOC served its First Request for Production of Documents and Second Set of Interrogatories on Defendant (the "discovery requests").   Responses and any objections to EEOC's discovery requests were due August 12, 2021.

2. Having received no responses to its discovery requests or communications concerning the discovery requests, on September 3, 2021, EEOC filed the subject Motion.

3. On September 9, 2021, and September 12, 2021, Defendant served EEOC with responses to the discovery requests.

4. Following this production EEOC agreed to withdraw its Motion, subject to EEOC's right to file subsequent motions as needed to address *inter alia* deficiencies in the responses and/or Defendant's waiver of objections.

5. EEOC hereby withdraws its Motion as described above and without prejudice to any claims or arguments therein.

Dated: September 14, 2021

Respectfully,

/s/ Thomas D. Rethage
Thomas Rethage
Trial Attorney, U.S. EEOC
Philadelphia District Office
801 Market St, Suite 1000 Phila.PA 19107
Phone: (267) 589-9756
thomas.rethage@eeoc.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No.: 21-cv-00652-GLR |
| v. | ) ) | |
| KOERNER MANAGEMENT GROUP, INC. d/b/a IHOP | ) ) ) ) ) | |
| Defendant. | | |

CERTIFICATE OF SERVICE

    I hereby certify that on September 14, 2021, I filed a true and correct copy of EEOC's foregoing Notice of Withdrawal of Motion to Compel Discovery Responses via the Court's ECF system, which caused a copy to be served on:

K. Nichole Nesbitt
knn@gdldlaw.com
Jessica J. Ayd
jayd@gdldlaw.com
Goodell, DeVries, Leech & Dann, LLP
Attorneys for Defendant Koerner Management Group, Inc

/s/ Thomas D. Rethage
Thomas Rethage
Trial Attorney, U.S. EEOC
Philadelphia District Office
801 Market St, Suite 1000 Phila.PA 19107
Phone: (267) 589-9756
thomas.rethage@eeoc.gov