IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br><br>　　Plaintiff,<br><br>v.<br><br>KOERNER MANAGEMENT GROUP, INC. d/b/a IHOP,<br><br>　　Defendant. | Case No. 1:21-cv-00652-GLR |

## ORDER

Upon consideration of the Parties' Second Joint Motion to Extend Discovery and Related Deadlines at ECF No. __41__, it is hereby ORDERED that the Motion is GRANTED and that the Scheduling Order in this matter at ECF No. 14, as modified by the Order at ECF No. 38, is hereby amended to reflect the following deadlines:

　　October 3, 2022:　　Discovery deadline; submission of status report

　　October 10, 2022:　　Requests for admission

　　November 14, 2022:　Dispositive pretrial motions deadline

Expert discovery is deferred until after summary judgment motions are resolved, or the deadline for filing has passed if none are filed.

Dated: May 23, 2022　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　J. Mark Coulson
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE